IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSE C. DOMINGUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:07CV456 |
| | ) | |
| CORESLAB STRUCTURES OMAHA, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

    Plaintiff requests a 90-day extension of time in which to complete service on the defendant.  The complaint was filed on November 28, 2007, and the 120-day period prescribed by Fed. R. Civ. P. 4(m) expires on March 27, 2008.  Plaintiff has served defendant with notice of the lawsuit and requested that defendant waive service of a summons.  *See* Fed. R. Civ. P. 4(d).

    The court finds that the motion [3] should be granted and that plaintiff should be given an extension of time until **June 25, 2008** in which to complete service of summons.

    **IT IS SO ORDERED.**

    DATED March 13, 2008.

                                                      BY THE COURT:

                                                      s/ F.A. Gossett
                                                      **United States Magistrate Judge**