IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSE C. DOMINGUEZ,           )<br>                              )<br>           Plaintiff,         )<br>                              )<br>    vs.                       )<br>                              )<br>CORESLAB STRUCTURES          )<br>OMAHA, INC.,                  )<br>                              )<br>           Defendant.         ) | 8:07CV456<br><br>SCHEDULING ORDER |

On August 28, 2009, the court entered a text order granting the plaintiff's unopposed motion for leave to file an amended complaint and directing the plaintiff to file the amended pleading by September 8, 2009. An amended complaint has not yet been filed, and the proposed complaint attached to the plaintiff's motion does not suffice under NECivR 15.1(c).

**IT IS ORDERED** that plaintiff is given an extension of time to **October 15, 2009** in which to file the amended complaint.

**DATED October 8, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**